Submitted on record and briefs October 13, reversed and remanded for reconsideration November 30, 1988

In the Matter of the Compensation of
Edward O. Miller, Claimant.

MILLER,
*Petitioner,*

*v.*

GLEN FALLS INSURANCE et al,
*Respondents.*

(WCB 82-0210M; CA A45745)

764 P2d 982

Millard M. Becker, Portland, filed the brief for petitioner. With him on the brief was Becker & Hunt, Portland.

Patric J. Doherty, Portland, filed the brief for respondents Glen Falls Insurance and Brander Meat Company. With him on the brief were Ronald W. Atwood, and Rankin, VavRosky, Doherty, MacColl & Mersereau, Portland.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

In this workers' compensation case, claimant seeks review of the Board's "Own Motion Order on Remand"[1] —dated August 21, 1987, in which the Board ruled that claimant was not entitled to an award of permanent disability for "either his compensable 1970 head injury or his complex partial seizure disorder." Employer agrees with claimant that the Board's findings are insufficient for judicial review under ORS 656.298(6) and *Armstrong v. Asten-Hill Co.*, 90 Or App 200, 752 P2d 312 (1988).[2]

Reversed and remanded for reconsideration.

---

[1] We had remanded this case to the Board in *Miller v. Coast Packing Company,* 84 Or App 83, 733 P2d 97 (1987).

[2] Claimant's other assignment of error is rendered moot by the Order of Remand.